**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JRL FITNESS, LLC,

      Plaintiff,

v.                                    Case No:  6:20-cv-454-CEM-GJK

MARKEL INSURANCE COMPANY,

      Defendant.

_____

### ORDER TO STRIKE

      Defendant's Expert Witness Disclosure, (Doc. 33), is **STRICKEN** from the docket because it was filed in violation of FED. R. CIV. P. 5(d)(1) which states that "disclosures under Rule 26(a)(1) or (2) ... must not be filed until they are used in the proceeding or the court orders filing ...." Not only has neither circumstance occurred, but on May 14, 2021, the Court struck Plaintiff's expert witness disclosure from the docket for the same reason (Doc. 32).

      **DONE** and **ORDERED** in Orlando, Florida, on June 3, 2021.

                                           THOMAS B. SMITH
                                         United States Magistrate Judge

Copies furnished to Counsel of Record