UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JRL FITNESS, LLC,**

      **Plaintiff,**

v.                                                         Case No. 6:20-cv-454-CEM-GJK

**MARKEL INSURANCE COMPANY,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Notice of Settlement ("Notice," Doc. 36), which advises the Court that the above-styled action has been settled. (*Id.* at 1).

The Notice states that "[t]he Court is to retain jurisdiction to enforce the terms of the Settlement Agreement." (*Id.*). The decision to retain jurisdiction to enforce a settlement agreement is within the Court's discretion. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). In this case, the settlement agreement is not before the Court, so the Court will decline to retain jurisdiction to enforce any such agreement. *Access for the Disabled, Inc. v. Shiv Shraddha, LLC*, No. 8:11-cv-1960-T-33TBM, 2012 U.S. Dist. LEXIS 95761, at *6 (M.D. Fla. July 11, 2012), *per curiam affirmed*, 507 F. App'x 845, 845 (11th Cir. 2013) (discussing "the Court's

general policy against retaining jurisdiction to enforce private settlement agreements").

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 27, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record